**VAN–105** Order Regarding Status Conference – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
John S. Won
92 Blue Violet Way
Durham, NC 27713

CASE NO.: 19–01725–5–DMW

DATE FILED: April 16, 2019

CHAPTER: 11

ORDER REGARDING STATUS CONFERENCE

A status conference pursuant to 11 U.S.C. § 105(d)(1) to discuss the procedures outlined in the order to file plan and disclosure statement has been held. No objection to the deadline or the procedure previously established was presented. Accordingly, the debtor must file a plan and disclosure statement within the time set by the prior order.

The court will review the plan and disclosure statement when it is filed and, if it is acceptable, the disclosure statement will be conditionally approved. The hearing on approval of the disclosure statement will be combined with the hearing on confirmation of the plan.

DATED: April 18, 2019

                                          David M. Warren
                                         United States Bankruptcy Judge