## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                                                    CHAPTER 11

**JOHN S. WON,**                                                         **CASE NO. 19-01725-5-DMW**

       Debtor.

## NOTIFICATION OF DISPUTED OR UNKNOWN CLAIM
## RELATED TO CL 45 MW LOAN 1, LLC

NOW COMES John S. Won, Debtor, by and through counsel, and files this Notification of Disputed or Unknown Claim Related to CL 45 MW Loan 1, LLC. The Debtor hereby notifies CL 45 MW Loan 1, LLC that its claim is unknown.

This the 2nd day of May, 2019.

                                                    **JANVIER LAW FIRM, PLLC**

                                                    s/ Samantha Y. Moore
                                                    Samantha Y. Moore
                                                    N.C. State Bar No. 40202
                                                    311 E. Edenton Street
                                                    Raleigh, NC 27601
                                                    Telephone: (919) 582-2323
                                                    Facsimile: (866) 809-2379
                                                    Email: samantha@janvierlaw.com

## **CERTIFICATE OF SERVICE**

I, Samantha Y. Moore, do hereby certify that the foregoing **NOTIFICATION OF DISPUTED OR UNKNOWN CLAIM RELATED TO CL 45 MW LOAN 1, LLC** has been served upon each of the parties listed below by placing copies of the same in the United States mail, postage prepaid or by electronic mail as indicated below.

Brian Behr (Via CM/ECF)
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

John S. Won (Via CM/ECF)
92 Blue Violet Way
Durham, NC 27713

CL 45 MW Loan 1, LLC
c/o Richard Prosser
Womble Bond Dickinson
555 Fayetteville Street
Suite 1100
Raleigh, NC 27601

This the 2nd day of May, 2019.

**JANVIER LAW FIRM, PLLC**

s/ Samantha Y. Moore
Samantha Y. Moore
N.C. State Bar No. 40202
311 E. Edenton Street
Raleigh, NC 27601
Telephone: (919) 582-2323
Facsimile: (866) 809-2379
Email: samantha@janvierlaw.com