VAN–070 Order Converting Chapter 11 Individual – Rev. 02/16/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
John S. Won
92 Blue Violet Way
Durham, NC 27713

CASE NO.: 19–01725–5–DMW

DATE FILED: April 16, 2019

CHAPTER: 7

ORDER CONVERTING CHAPTER 11 CASE
TO A CASE UNDER CHAPTER 7

IT IS ORDERED:

1. That this chapter 11 case is converted to a chapter 7 case;

2. That this order constitutes an order for relief in a chapter 7 case;

3. That the debtor(s) file with the court within fourteen (14) days from the date of this order a schedule of debts incurred after commencement of this case under chapter 11;

4. That the debtor(s) immediately turn over all records and property of the estate in its possession or control to the trustee upon his appointment;

5. That the debtor(s) file with the court and serve a copy on the bankruptcy administrator and chapter 7 trustee within thirty (30) days from the date of this order, a final report and account of the chapter 11 estate, listing receipts and disbursements and disposition of any property.

DATED: March 9, 2020

David M. Warren
United States Bankruptcy Judge