**VAN–006** Order Appointing Interim Trustee and Approving Standing Bond – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
John S. Won
92 Blue Violet Way
Durham, NC 27713

CASE NO.: 19–01725–5–DMW

DATE FILED: April 16, 2019

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Gregory B Crampton
Nicholls & Crampton, P.A.
PO Box 18237
Raleigh, NC 27619

DATED: March 9, 2020

David M. Warren
United States Bankruptcy Judge