**SO ORDERED.**

**SIGNED this 20 day of April, 2020.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                                              CASE NO.: 19-01725-5-DMW

JOHN S. WON,                                                                CHAPTER 7

           **DEBTOR**

**ORDER REVOKING DISCHARGE**

This matter comes on to be heard upon the Discharge entered in this case on April 16, 2020, and

It appearing to the court that the Discharge entered on April 16, 2020, was erroneously entered and should be revoked; now therefore,

**IT IS ORDERED** that the Discharge entered in this case on April 16, 2020, be, and the same hereby is, **revoked.**

**END OF DOCUMENT**